An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BERNINI, INC., A CALIFORNIA
CORPORATION,
Appellant,
vs.
DESERT PALACE, INC., A NEVADA
CORPORATION D/B/A CAESARS
PALACE LAS VEGAS,
Respondents.

No. 62755

**FILED**

APR 0 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On March 7, 2013, this matter was docketed in this court without payment of the requisite filing fee. On that same, day this court issued a notice directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

---

[1] In light of this order, appellants emergency motion for stay pending appeal filed on March 12, 2013, is denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-09429

cc:    Hon. Rob Bare, District Judge
        Goldsmith & Associates
        Santoro Whitmire
        Eighth District Court Clerk